## No. 178
## FIRST STATE BANK OF OK. v. FOOTE LUMBER CO.
Ohio Court of Appeals, Cuyahoga County
No. 4156, Jan. 15, 1923

BANKS AND BANKING—Payment of Checks—(1) Time of presenting check to determine whether holder in due course.

Error to Municipal Court of Cleveland

VICKERY, J.:

Epitomized Opinion

This opinion has appeared only in The Abstract.

The Foote Lumber Co. became indebted to one Murray of Oklahoma City and on Oct. 25, 1920, drew a check on a Cleveland bank and forwarded the check to Murray. Several days later Murray came to Cleveland and not having received the first check before leaving Oklahoma, requested payment by Foote Co. who thereupon drew a check to Murray for the same amount and stopped payment on the check sent to Oklahoma City. Murray cashed the second check, returned to Oklahoma and deposited the first check to his account in the Oklahoma bank. Immediately thereafter Murray withdrew practically all his funds from the bank and left for parts unknown. The Cleveland bank refused to pay the first check on its presentation, Nov. 10, 1920, and the Oklahoma bank, claiming to be a holder in due course, sues the Foote Co. to collect the amount of the check. Judgment for the Foote Co. in municipal court. Held by court of appeals in affirming the judgment:

1. In order to claim the position of an innocent holder in due course, a party must have presented the check within a reasonable time, which is the next day if the bank is in the same city and otherwise one day more than the time required to send a check between the cities by mail.

Attorneys—Dustin, McKeehan, Merrick, Arter & Stewart, for the Oklahoma Bank; J. H. Hogg, for the Foote Co.

---

## No. 179
## CLEVELAND RY. CO. v. MILLS
Ohio Court of Appeals, Cuyahoga County
No. 4115, Jan. 15, 1923

NEGLIGENCE—(1) A question for the jury.

Error to Municipal Court of Cleveland

MIDDLETON, J.:

Epitomized Opinion

This opinion has appeared only in The Abstract.

Mills was injured while alighting from one of the Ry. Co.'s cars and alleged the injury to be caused by the negligence of the conductor. The lower court in its charge to the jury assumed that the acts specified in the charge were negligent, and left the impression with the jury that such acts were negligent per se. Held by the court of appeals in reversing the judgment:

1. It is fundamentally the exclusive right of the jury in an action of this kind to determine whether certain acts were done, and whether such acts were done negligently.

Attorneys—Squire, Sanders & Dempsey, for the Ry. Co.; R. T. Miller, for Mills.

---

## SUPREME COURT CALENDAR
(Continued from Page 215)
### GENERAL DOCKET
Tuesday, April 3

17705—The Van Dorn Iron Works Co. v. the Erie Huron Realty Co. et al. Dustin, McKeehan, Merrick, Arter & Stewart, Schultz & Schultz, Cleveland; Ulmer & Berne, Read, Meals, Orgill & Maschke, J. Rogers Jewi, Young, Stocker & Fenner, J. B. Oviatt, Delo E. Mook, A. H. Fiebach, L. A. Helm, Scott & Bissell, Carl S. Bechberger, R. E. Heimberger, Cleveland.

17710—The Erie-Huron Realty Co. v. the Van Dorn Iron Works Co. et al. Young, Stocker & Fenner, Cleveland; Dustin, McKeehan, Merrick, Arter & Stewart, Schultz & Schultz, J. B. Oviatt, Ulmer & Berne, Reed, Meals, Orgill & Maschke, A. H. Fiebach, R. T. Sawyer, G. M. Cummings, Delo E. Mook, Carl C. Beckberger, Nally & Carey, Cleveland.

### GENERAL DOCKET
Wednesday, April 4

17616—Rebecca Foltz v. J. C. Boone et al. K. L. Cobourn, Salem; Harrington, DeFord, Huxley & Smith, Youngstown; Geoerge T. Farrell, Lisbon, R. W. Campbell, Boone & Campbell, Salem.

17636—Fred Cook et al. v. Rose Mozer. Seney, Alexander & Donovan, Toledo; Frank A. Carabin, Carl J. Christensen, Franak J. Szumigala, Toledo.

### MOTION DOCKET
Thursday, April 5

Motions.

### MOTION DOCKET
Friday, April 6

Motions.

### GENERAL DOCKET
Tuesday, April 10

17663—The Toledo, Columbus & Ohio River Railroad Company et al. v. Victor D. Miller. Robert T. Scott, Cambridge; Squire, Sanders & Dempsey, Cleveland. Payer, Winch, Minshall & Karch, Cleveland.

17675—Ola M. McEntire v. Mort G. McEntire. W. H. Chapman, Cleveland; White, Brewer & Curtiss, Cleveland.

### GENERAL DOCKET
Wednesday, April 11

17634—Charles T. Elliott v. Christine Harding. B. F. Harwitz, Middletown; W. C. Shepherd, Hamilton; Shotts & Milliken, Hamilton; Justin Harding, Franklin.

17674—Geeorge MacNab et al v. the Board of Park Commissioners of the Metropolitan Park District. Mathews, Bell & Winsper, Cleveland, Locher, Green & Woods, Cleveland.

### MOTION DOCKET
Thursday, April 12

Motions.

### MOTION DOCKET
Friday, April 13

Motions.

### GENERAL DOCKET
Tuesday, April 17

17723—Simon W. Bashore v. Dan H. Brown, Treasurer Drake County. Myers & Myers, John F. Maher, Greenville; John M. Hoel, Pros. Atty., Greenville.

### GENERAL DOCKET
Wednesday, April 18

17702—The City of Akron v. T. Melvin Butler. H. M. Hagelbarger, Director of Law, C. T. Moore, Assistant Director of Law, Akron; Frank N. Sweitzer, Canton; Musser, Kimber & Huffman, Akron.

### MOTION DOCKET
Thursday, April 19

Motions.